

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE R. HABERKORN,<br>Defendant. | Case No. 6:18-PO-5024-JCL<br><br>VIOLATION: FAJI002J, FAJI002I<br><br>DISPOSITION CODE: PE/NC<br><br>ORDER ACCEPTING<br>PLEA LETTER |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated August 21, 2018, advising Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice FAJI002J from $180.00 to $65.00, and Defendant has agreed to forfeit that amount. Violation notice FAJI002I shall be dismissed.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $65.00, and shall do so by February 28, 2019.

Defendant is directed to send his payments to the following:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure the payments are credited to the proper violation notice, Defendant's payments shall reference the violation notice(s) number listed above.

Alternatively, Defendant may make his payments through the website at www.cvb.uscourts.gov.

Defendant is advised that if he fails to pay the collateral as ordered the Court may issue a warrant for his arrest.

DATED this 29th day of January, 2019.

*Jeremiah C. Lynch*
JEREMIAH C. LYNCH
United States Magistrate Judge